UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIOU BARRY,

                Plaintiff,

-against-

ROYAL AIR MAROC,

                Defendant.

21-CV-08481 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Order Scheduling Initial Pretrial Conference (Dkt. No. 7), mailed to plaintiff Aliou Barry at 675 Morris Avenue, Bronx, New York 10451 (the address provided on Barry's Notice of Claim and Summons to Appear (Dkt. No. 1-1)) was returned due to an "insufficient address." However, the Court notes that plaintiff's address is listed with an apartment number in defendant's Answer (Dkt. No. 5).  The Clerk of Clerk is respectfully directed to mail a copy of this Order, as well as the Order at Dkt. No. 7, to plaintiff at:

    Aliou Barry
    675 Morris Avenue, Apt. 6B
    Bronx, New York 10451

and to update plaintiff's address accordingly.

Dated:  New York, New York
          November 10, 2021

                                          **SO ORDERED**.

                                          _____
                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**