USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIOU BARRY,

        Plaintiff,

-against-

ROYAL AIR MAROC,

        Defendant.

21-CV-8481 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On February 18, 2022, defendant filed a motion for summary judgment and served its motion papers on the *pro se* plaintiff by certified mail. (Dkt. Nos. 15-20.)

    Pursuant to this Court's Order dated February 4, 2022 (Dkt. No. 14), plaintiff's responding papers were due by March 18, 2022. (Dkt. No. 14.) However, on March 2, 2022, the Court's February 4 Order was returned as "not deliverable," although it was mailed to plaintiff's address of record, where he has previously received other court orders.

    As of March 28, 2022, plaintiff has not filed any response to defendant's summary judgment motion.

    In light of the plaintiff's *pro se* status, and the returned February 4 Order, the Court, *sua sponte*, EXTENDS plaintiff's time to respond to defendant's summary judgment motion until **April 28, 2022**. Plaintiff's response should be clearly labelled as such, should fairly meet the substance of plaintiff's summary judgment filing, and – to the extent the *pro se* defendants disagree with the factual assertions made by plaintiffs – should be supported by admissible evidence, such as affidavits or declarations of persons with personal knowledge of the relevant facts, or properly authenticated documents evidencing the plaintiff's position.

    **<u>If plaintiff fails to respond to defendant's summary judgment motion by April 28, 2022, the Court will treat the motion as unopposed and may dismiss the case.</u>**

    Plaintiff is further advised that if his address has changed it is his responsibility to provide the Court with accurate and updated information, in writing.

    The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* plaintiff.

Dated: New York, New York
       March 28, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**