USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
    ALIOU BARRY,

                               Plaintiff,         1:21-cv-8481-GHW

              -against-                      ORDER

    ROYAL AIR MAROC,

                             Defendant.
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 8, 2022, Magistrate Judge Moses issued a Report and Recommendation ("R&R") recommending that the Court grant Royal Air Maroc's motion for summary judgment and dismiss this action. Dkt. No. 22 at 22. In that R&R, Magistrate Judge Moses determined that Plaintiff's claim was time-barred because Plaintiff "did not file his claim within the period prescribed by the Montreal Convention." *See id.* at 6-8.

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise specific, written objections to the report and recommendation within fourteen days of receiving a copy of the report. *Id.*; *see also* FED. R. CIV. P. 72(b)(2). The Court reviews for clear error those parts of the report and recommendation to which no party has timely objected. 28 U.S.C. § 636(b)(1)(A); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

No objection to the R&R was submitted within the fourteen-day window. The Court has reviewed the R&R for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt

those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court, therefore, accepts and adopts the R&R in its entirety. For the reasons articulated in the R&R, Royal Air Maroc's motion for summary judgment is GRANTED.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15, to enter judgment for Defendant, and to close this case.

SO ORDERED.

Dated: August 9, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge