**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALIOU BARRY,

                            Plaintiff,

        -against-                                                   21 **CIVIL** 8481 (GHW)

                                                                            **JUDGMENT**

ROYAL AIR MAROC,

                            Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 9, 2022, the Court has accepted and adopted the R&R in its entirety. For the reasons articulated in the R&R, Royal Air Maroc's motion for summary judgment is GRANTED. Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York

       August 11, 2022

                                                                      **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                                 **BY:**  *K. Mango*

                                                                      **Deputy Clerk**